UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STEPHEN P. SQUIBB,<br><br>              Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security,<br><br>              Defendant. | No. CV-09-104-JPH<br><br>ORDER GRANTING STIPULATED<br>MOTION TO REMAND<br><br>(Ct. Rec. 25) |

    The parties have filed a stipulated motion for remand of this case to the Commissioner for further administrative proceedings (**Ct. Rec. 23**). The parties have consented to proceed before a magistrate judge (Ct. Rec. 7).

    After considering the stipulation, **IT IS ORDERED** that the motion **(Ct. Rec. 25) is GRANTED** and the above-captioned case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand, the Administrative Law Judge (ALJ) will (1) conduct a new hearing, further develop the record and issue a new decision; (2) reevaluate and further develop the medical evidence or record; (3) reevaluate steps two and three of the sequential evaluation process; (4) reevaluate plaintiff's RFC; and (5)

ORDER GRANTING STIPULATED MOTION
FOR ORDER TO REMAND - 1

reevaluate steps four and five of the sequential evaluation process with the assistance of a vocational expert as may be necessary.

Because this remand is pursuant to sentence four of 42 U.S.C. § 405(g) with a remand of the cause to the Commissioner for further proceedings (*See, Melkonyan v. Sullivan*, 501 U.S. 89 (1991)), plaintiff is entitled to reasonable attorney's fees and costs pursuant to 28 U.S.C § 2412(a),(d), upon proper request to this Court.

Accordingly, this court **reverses** the Commissioner's decision.

**IT IS FURTHER ORDERED:**

1. The parties' stipulated motion for an order of remand (**Ct. Rec. 25**) is G**RANTED**.

2. Judgment shall be entered for the **PLAINTIFF**.

3. An application for attorney fees and costs may be filed by separate motion.

4. The District Court Executive is directed to enter this Order, forward copies to counsel, and **close** this file.

**IT IS SO ORDERED.**

**DATED** this 30th day of March, 2010.

    *s/James P. Hutton*
    JAMES P. HUTTON
    UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION
FOR ORDER TO REMAND - 2