1

2               UNITED STATES DISTRICT COURT

3               EASTERN DISTRICT OF WASHINGTON

4

5    STEPHEN P. SQUIBB,                )
                                       )
6               Plaintiff,             )
                                       )        NO.  CV-09-104-JPH
7         vs.                          )
                                       )        **JUDGMENT IN A**
8    MICHAEL J. ASTRUE,                )           **CIVIL CASE**
     Commissioner of Social Security,  )
9                                      )
                Defendant.             )
10                                     )
                                       )
11   _____)

12   **STIPULATION BY THE PARTIES:**

13         The parties have stipulated to the remand of the captioned matter pursuant

14   to sentence four of 42 U.S.C. § 405(g).

15         **IT IS ORDERED AND ADJUDGED** that:

16         The matter is **REMANDED** for additional proceedings pursuant to sentence

17   four of 42 U.S.C. § 405(g).  Judgment is entered for Plaintiff and the file shall be

18   **CLOSED.**

19         DATED this 30th day of March, 2010.

20                                      JAMES R. LARSEN
                                       District Court Executive/Clerk
21

22

23                                     by: __s/ Karen White_____
                                            Deputy Clerk
24

25   cc: all counsel

26